PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA  94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pamela.price@pypesq.com

SIMONA A. FARRISE, LL.M (STATE BAR NO. 171708)
CARLA V. MINNARD, ESQ. (STATE BAR NO. 176015)
FARRISE FIRM, P.C.
901 Clay Street
Oakland, CA  94607
Telephone: (800) 748-6186
Facsimile: (510) 588-4536
E-mail: cminnard@farriselaw.com

Attorneys for Plaintiffs
LANCE LAVERDURE and
MARGARET SO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE LAVERDURE and MARGARET SO,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BAY AREA RAPID TRANSIT, CITY OF OAKLAND, JEFF ISRAEL, et al.,<br><br>　　　　　Defendants. | NO. 12-CV-05671 DMR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO ENLARGE CASE MANAGEMENT DEADLINES AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>DATE:　　　MARCH 19, 2013 |

　　　The Court having read and considered Plaintiffs' Administrative Motion for an Order to Enlarge the Case Management Deadlines and continue the Initial Case Management Conference, and good cause appearing therefore, the Court adopts the following schedule:

///

///

///

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Meet and Confer re: Initial Disclosures, Early Settlement, ADR Process Selection and Discovery Plan | March 11, 2013 | April 15, 2013 |
| File ADR Certificates | March 11, 2013 | April 15, 2013 |
| File Case Management Statement | March 20, 2013 | April 24, 2013 |
| Complete Initial Disclosures | March 20, 2013 | April 24, 2013 |
| Case Management Conference | March 27, 2013 | May 1, 2013 |

**IT IS SO ORDERED**.

Dated:  __March 22, 2013_____

_____
HON. DONNA M. RYU
UNITED STATES DISTRICT COURT