PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA 94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pamela.price@pypesq.com

SIMONA A. FARRISE, LL.M (STATE BAR NO. 171708)
CARLA V. MINNARD, ESQ. (STATE BAR NO. 176015)
FARRISE FIRM, P.C.
901 Clay Street
Oakland, CA 94607
Telephone: (800) 748-6186
Facsimile: (510) 588-4536
E-mail: cminnard@farriselaw.com

Attorneys for Plaintiffs
LANCE LAVERDURE and
MARGARET SO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE LAVERDURE and MARGARET SO,<br><br>        Plaintiffs,<br><br>v.<br><br>BAY AREA RAPID TRANSIT, CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, and DOES 1-100, inclusive,<br><br>        Defendants. | NO. 12-CV-05671 DMR<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>DATE: April 25, 2013 |

The parties, by and through their respective counsels of record, hereby stipulate and agree that the Case Management Conference scheduled to occur on or before May 1, 2013, may and shall be continued to June 12, 2013. Good cause exists for this continuance because of the unavailability of defense counsel for Defendants City of Oakland.

Dated: April 25, 2013

PRICE AND ASSOCIATES

/s/ Pamela Y. Price
PAMELA Y. PRICE, Attorneys for Plaintiffs
LANCE LAVERDURE and MARGARET SO

Dated: April 25, 2013

ARLENE ROSEN, Attorneys for Defendants
CITY OF OAKLAND

Dated: April 25, 2013

KEVIN P. ALLEN, Attorneys for Defendants
BART

## ORDER

The Court, after reviewing and considering the parties' Stipulation and request to continue the Case Management Conference, and good cause appearing therefore, **IT IS ORDERED** that the Case Management Conference shall be continued to June 12, 2013. Joint Case Management Conference Statement shall be due by no later than June 5, 2013.

IT IS SO ORDERED.

Dated: 4/29/2013

HON. DONNA M. RYU
UNITED STATES DISTRICT COURT