PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA  94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pamela.price@pypesq.com

SIMONA A. FARRISE, LL.M (STATE BAR NO. 171708)
CARLA V. MINNARD, ESQ. (STATE BAR NO. 176015)
FARRISE FIRM, P.C.
901 Clay Street
Oakland, CA  94607
Telephone: (800) 748-6186
Facsimile: (510) 588-4536
E-mail: cminnard@farriselaw.com

Attorneys for Plaintiffs
LANCE LAVERDURE and
MARGARET SO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE LAVERDURE and MARGARET SO,<br><br>  Plaintiffs,<br><br>v.<br><br>BAY AREA RAPID TRANSIT, CITY OF OAKLAND, JEFF ISRAEL, et al.,<br><br>  Defendants. | NO. 4:12-CV-05671 DMR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME**<br><br>Date:  October 10, 2013<br>Time:  11:00 am<br><br>Judge:  Honorable Donna M. Ryu |

**IT IS STIPULATED** by and between Plaintiffs LANCE LAVERDURE and MARGARET SO ("Plaintiffs") and Defendants ANISA McNACK, Y. JOSEPH, ANDY ALKIRE, and MARK MACAULAY ("Defendants"), through their respective counsel, that the time within which Plaintiffs may file their Opposition to Defendants' Motions to Dismiss pursuant to FRCP 12(b)(6) be extended from August 12, 2013 to and including August 20, 2013, or such other date as the Court may order.  The parties also stipulate that Defendants' Reply to Plaintiffs' Opposition be

extended from August 19, 2013 to September 3, 2013.

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Plaintiffs' Opposition to Defendants' Motion to Dismiss pursuant to FRCP 12(b)(6) | August 12, 2013 | August 20, 2013 |
| Defendants' Reply | August 19, 2013 | September 3, 2013 |

Dated: August 9, 2013                      PRICE AND ASSOCIATES


                                           /s/ Pamela Y. Price
                                           _____
                                           PAMELA Y. PRICE, Attorneys for Plaintiffs




Dated: August 9, 2013                      /s/ Arlene Rosen
                                           _____
                                           ARLENE ROSEN, Attorneys for Defendants
                                           CITY OF OAKLAND




Dated: August 9, 2013                      /s/ Kevin P. Allen
                                           _____
                                           KEVIN P. ALLEN, Attorneys for Defendants
                                           BART

**IT IS SO ORDERED**.

Pursuant to the foregoing stipulation of the parties and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Court approves the Stipulation and proposed ~~hearing~~ dates as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Plaintiffs' Opposition to Defendants' Motion to Dismiss pursuant to FRCP 12(b)(6) | August 12, 2013 | August 20, 2013 |
| Defendants' Reply | August 19, 2013 | September 3, 2013 |

Dated: August 12, 2013

HON. DONNA M. RYU

UNITED STATES DISTRICT COURT