1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  A Professional Law Corporation
   901 Clay Street
3  Oakland, CA 94607
   Telephone: (510) 452-0292
4  Facsimile: (510) 452-5625
   E-mail: pamela.price@pypesq.com
5
   SIMONA A. FARRISE, LL.M (STATE BAR NO. 171708)
6  CARLA V. MINNARD, ESQ. (STATE BAR NO. 176015)
   FARRISE FIRM, P.C.
7  901 Clay Street
   Oakland, CA 94607
8  Telephone: (800) 748-6186
   Facsimile: (510) 588-4536
9  E-mail: cminnard@farriselaw.com

10 Attorneys for Plaintiffs
   LANCE LAVERDURE and
11 MARGARET SO

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16

| | |
|---|---|
| 17  LANCE LAVERDURE and MARGARET SO, | NO. 4:12-CV-05671 DMR |
| 18           Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME** |
| 19  v. | Date:  October 10, 2013 |
| 20  BAY AREA RAPID TRANSIT, CITY OF OAKLAND, JEFF ISRAEL, et al., | Time:  11:00 am |
| 21           Defendants. | Judge: Honorable Donna M. Ryu |
| 22 | |

23        **IT IS STIPULATED** by and between Plaintiffs LANCE LAVERDURE and MARGARET

24 SO ("Plaintiffs") and Defendants ANISA McNACK, Y. JOSEPH, ANDY ALKIRE, and MARK

25 MACAULAY ("Defendants"), through their respective counsel, that the time within which

26 Plaintiffs may file their Opposition to Defendants' Motions to Dismiss pursuant to FRCP 12(b)(6)

27 is extended an additional two (2) days to August 22, 2013.  Parties also stipulate Defendants' time

28 to reply is extended two (2) days to September 5, 2013.

2402.02PXXXJWS                                    -1-
         STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME – 12-CV-05671 DMR

Parties previously agreed to extend Plaintiffs' due date for Opposition from August 12, 2013 to August 20, 2013. Parties also previously agreed to extend Defendants' Reply to Plaintiffs' Opposition from August 19, 2013 to September 3, 2013.

Good cause exists for additional time due to the unavailability of Plaintiffs' counsel. Plaintiffs' counsel was out of the country on pre-scheduled vacation from July 28, 2013 to August 11, 2013. Thereafter Plaintiffs' counsel has had depositions throughout California as well as other commitments requiring her to be out of the area. Below reflects the new stipulation between parties:

| **EVENT** | **CURRENT DATE** | **PROPOSED DATE** |
|---|---|---|
| Plaintiffs' Opposition to Defendants' Motion to Dismiss pursuant to FRCP 12(b)(6) | August 20, 2013 | August 22, 2013 |
| Defendants' Reply | September 3, 2013 | September 5, 2013 |

Dated: August 20, 2013

PRICE AND ASSOCIATES

/s/ *Pamela Y. Price*

PAMELA Y. PRICE, Attorneys for Plaintiffs

Dated: August 20, 2013

/s/ *Dale Allen*

DALE ALLEN, Attorneys for Defendants BART

**IT IS SO ORDERED**.

Pursuant to the foregoing stipulation of the parties and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Court approves the Stipulation and proposed hearing dates as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Plaintiffs' Opposition to Defendants' Motion to Dismiss pursuant to FRCP 12(b)(6) | August 20, 2013 | August 22, 2013 |
| Defendants' Reply | September 3, 2013 | September 5, 2013 |

Dated: August 21, 2013

_____

HON. DONNA M. RYU

UNITED STATES DISTRICT COURT