PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA 94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pamela.price@pypesq.com

SIMONA A. FARRISE, LL.M (STATE BAR NO. 171708)
CARLA V. MINNARD, ESQ. (STATE BAR NO. 176015)
FARRISE FIRM, P.C.
901 Clay Street
Oakland, CA 94607
Telephone: (800) 748-6186
Facsimile: (510) 588-4536
E-mail: cminnard@farriselaw.com

Attorneys for Plaintiffs
LANCE LAVERDURE and
MARGARET SO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE LAVERDURE and MARGARET SO,<br><br>        Plaintiffs,<br><br>v.<br><br>BAY AREA RAPID TRANSIT, CITY OF OAKLAND, JEFF ISRAEL, et al.,<br><br>        Defendants. | NO. 4:12-CV-05671 DMR<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**<br><br>Date:   October 10, 2013<br>Time:   11:00 am<br><br>Judge: Honorable Donna M. Ryu |

**IT IS STIPULATED** by and between Plaintiffs LANCE LAVERDURE and MARGARET SO ("Plaintiffs") and Defendants ANISA McNACK, Y. JOSEPH, ANDY ALKIRE, and MARK MACAULAY ("Defendants"), through their respective counsel, that the time within which Plaintiffs may file their Opposition to Defendants' Motions to Dismiss pursuant to FRCP 12(b)(6) is extended an additional two (2) days to August 22, 2013. Parties also stipulate Defendants' time to reply is extended two (2) days to September 5, 2013.

2402.02PXXXJWS
-1-
STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME – 12-CV-05671 DMR

Parties previously agreed to extend Plaintiffs' due date for Opposition from August 12, 2013 to August 20, 2013.  Parties also previously agreed to extend Defendants' Reply to Plaintiffs' Opposition from August 19, 2013 to September 3, 2013.

Good cause exists for additional time due to the unavailability of Plaintiffs' counsel.  Plaintiffs' counsel was out of the country on pre-scheduled vacation from July 28, 2013 to August 11, 2013.  Thereafter Plaintiffs' counsel has had depositions throughout California as well as other commitments requiring her to be out of the area.  Below reflects the new stipulation between parties:

| EVENT | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| Plaintiffs' Opposition to Defendants' Motion to Dismiss pursuant to FRCP 12(b)(6) | August 20, 2013 | August 22, 2013 |
| Defendants' Reply | September 3, 2013 | September 5, 2013 |

Dated: August 20, 2013

PRICE AND ASSOCIATES

/s/ *Pamela Y. Price*

PAMELA Y. PRICE, Attorneys for Plaintiffs

Dated: August 20, 2013

/s/ *Dale Allen*

DALE ALLEN, Attorneys for Defendants BART

**IT IS SO ORDERED**.

Pursuant to the foregoing stipulation of the parties and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Court approves the Stipulation and proposed hearing dates as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Plaintiffs' Opposition to Defendants' Motion to Dismiss pursuant to FRCP 12(b)(6) | August 20, 2013 | August 22, 2013 |
| Defendants' Reply | September 3, 2013 | September 5, 2013 |

Dated: August 21, 2013

_____
HON. DONNA M. RYU
UNITED STATES DISTRICT COURT