# LOW, BALL & LYNCH ATTORNEYS AT LAW

505 MONTGOMERY STREET, 7TH FLOOR, SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 981-6630   FACSIMILE (415) 982-1634 WWW.LOWBALL.COM

October 8, 2013

Hon. Donna M. Ryu
Magistrate Judge
U.S. District Court/Northern District
Oakland Courthouse, Courtroom 4 - 3rd Floor
1301 Clay Street
Oakland, CA 94612

Re:   *So, et al. v. Bay Area Rapid Transit District, et al.*
      USDC Case No. 4:12-cv-05671-DMR

Dear Judge Ryu:

On October 10, 2013 at 11:00 a.m., this matter is currently-scheduled for a Case Management Conference and a hearing on the BART Defendants' Motions to Dismiss the First Amended Complaint (Docket Nos. 34, 38, and 47).

I will be the attorney arguing the BART Defendants' Motions. As I'll be present, I respectfully request allowance to appear at the Case Management Conference in lieu of lead trial counsel Dale L. Allen, Jr. I am co-trial counsel in this matter, and am sufficiently prepared to address all of the matters referred to in the Northern District of California's standing order on Joint Case Management Statements. I have full authority to enter stipulations and make admissions.

Thank you for considering this request.

Very truly yours,

LOW, BALL & LYNCH

/s/

Kevin P. Allen

IT IS SO ORDERED.

DATED: 10/9/13

**GRANTED** — Judge Donna M. Ryu

_____
DONNA M. RYU
United States District/Magistrate Judge

J:\1752\sf0234\Correspondence\L-Ryu-001.docx