**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

MARGARET SO,

    Plaintiff,

    v.

BAY AREA RAPID TRANSIT DISTRICT, et al.,

    Defendants.
_____/

No. C 12-5671 DMR

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     December 13, 2013
Mediator:  David Meadows

IT IS HEREBY ORDERED that the request to excuse defendants Anisa McNack, Y. Joseph, Andy Alkire and Mark Macaulay from appearing in person at the December 13, 2013, mediation is GRANTED. The excused defendants shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

December 9, 2013    By:    _____
Dated                                         Maria-Elena James
                                                 United States Magistrate Judge