1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   LAW OFFICES OF PAMELA Y. PRICE
2  A Professional Law Corporation
   901 Clay Street
3  Oakland, CA  94607
   Telephone: (510) 452-0292
4  Facsimile: (510) 452-5625
   E-mail: pamela.price@pypesq.com
5
   SIMONA A. FARRISE, LL.M (STATE BAR NO. 171708)
6  FARRISE FIRM, P.C.
   901 Clay Street
7  Oakland, CA  94607
   Telephone: (800) 748-6186
8  Facsimile: (510) 588-4536
   E-mail: sfarrise@farriselaw.com
9
   Attorneys for Plaintiffs
10 LANCE LAVERDURE and MARGARET SO

11 DALE L. ALLEN, ESQ. JR., SBN 145279
   KEVIN P. ALLEN, ESQ. SBN 252290
12 LOW, BALL & LYNCH
   505 Montgomery Street 7th Floor
13 San Francisco, California 94111
   Telephone:    (415) 981-6630
14 Facsimile:    (415) 982-1634
   Email: dallen@lowball.com
15 Email: kallen@lowball.com

16 Attorneys for Defendant
17 SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
   (erroneously sued as BAY AREA RAPID TRANSIT)
18
   BARBARA J. PARKER, ESQ. City Attorney, SBN 069722
19 RANDOLPH W. HALL, ESQ. Chief Assistant City Attorney, SBN 080142
   ARLENE M. ROSEN, ESQ. SBN 100160
20 One Frank Ogawa Plaza, 6th Floor
   Oakland, California 94612
21 Telephone:   (510) 238-6520, Fax:   (510) 238-6500
   28993-1105238
22
   Attorneys for Defendant
23 CITY OF OAKLAND

24 ///

25 ///

26 ///

27 ///

28

2402.02P215PYP

-1-
STIPULATION AND [~~PROPOSED~~] ORDER (C12-5671 DMR)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE LAVERDURE and MARGARET SO,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BAY AREA RAPID TRANSIT, CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, and DOES 1-100, inclusive,<br><br>　　　　Defendants. | NO. 12-CV-05671 DMR<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>HON. DONNA M. RYU |

The parties, by and through their respective counsels of record, hereby stipulate and agree that the Case Management Conference scheduled to occur on or before June 18, 2014, may and shall be continued to July 2, 2014.  Good cause exists for this continuance because of the unavailability of each Plaintiff's counsel prior to June 11, 2014 and on June 18, 2014 due to trial and vacation schedules.  Counsel for all parties expect to be able to engage in a meaningful meet and confer discussion prior to June 25, 2014

Dated: June 12, 2014　　　　　　　　　　LAW OFFICES OF PAMELA Y. PRICE

　　　　　　　　　　　　　　　　　　　　　　/s/ *Pamela Y. Price*
　　　　　　　　　　　　　　　　　　　　PAMELA Y. PRICE, Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　MARGARET SO and LANCE LAVERDURE


　　　　　　　　　　　　　　　　　　　　OAKLAND CITY ATTORNEY

　　　　　　　　　　　　　　　　　　　　　　/s/ *Arlene M. Rosen*
　　　　　　　　　　　　　　　　　　　　ARLENE M. ROSEN, Attorneys for Defendant CITY OF OAKLAND


　　　　　　　　　　　　　　　　　　　　LOW, BALL & LYNCH

　　　　　　　　　　　　　　　　　　　　　　/s/ *Kevin P. Allen*
　　　　　　　　　　　　　　　　　　　　KEVIN P. ALLEN, Attorneys for Defendant SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT

1
### ORDER

2     The Court, after reviewing and considering the parties' Stipulation and request to continue
3 the Case Management Conference, and good cause appearing therefore, **IT IS ORDERED** that the
4 Case Management Conference shall be continued to July 2, 2014.

5                                    **IT IS SO ORDERED.**

6

7

8 Dated:  Lwpg"34."4236

9                                    HON. DONNA M. RYU
                                     UNITED STATES DISTRICT COURT

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28