1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   LAW OFFICES OF PAMELA Y. PRICE
2  A Professional Law Corporation
   901 Clay Street
3  Oakland, CA  94607
   Telephone: (510) 452-0292
4  Facsimile: (510) 452-5625
   E-mail: pamela.price@pypesq.com
5
   SIMONA A. FARRISE, LL.M (STATE BAR NO. 171708)
6  FARRISE FIRM, P.C.
   901 Clay Street
7  Oakland, CA  94607
   Telephone: (800) 748-6186
8  Facsimile: (510) 588-4536
   E-mail: sfarrise@farriselaw.com
9
   Attorneys for Plaintiffs
10 LANCE LAVERDURE and MARGARET SO

11 DALE L. ALLEN, ESQ. JR., SBN 145279
   KEVIN P. ALLEN, ESQ. SBN 252290
12 Allen, Glaessner Hazelwood Werth
   180 Montgomery Street, Suite 1200
13 San Francisco, California 94104
   Telephone:     (415) 697-2000
14 Email: dallen@aghwlaw.com
   Email: kallen@aghwlaw.com
15
16 Attorneys for Defendant
   SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
17 (erroneously sued as BAY AREA RAPID TRANSIT)

18 BARBARA J. PARKER, ESQ. City Attorney, SBN 069722
   RANDOLPH W. HALL, ESQ. Chief Assistant City Attorney, SBN 080142
19 ARLENE M. ROSEN, ESQ. SBN 100160
   One Frank Ogawa Plaza, 6th Floor
20 Oakland, California 94612
   Telephone:   (510) 238-6520, Fax:   (510) 238-6500
21 28993-1105238

22 Attorneys for Defendant
   CITY OF OAKLAND
23
   ///
24
   ///
25
   ///
26
   ///
27

28

2402.02P217PYP                          -1-
          STIPULATION AND [PROPOSED] ORDER TO DISMISS CASE (C12-5671 DMR)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET SO AND LANCE LAVERDURE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BAY AREA RAPID TRANSIT DISTRICT, CITY OF OAKLAND, JEFF ISRAEL IN HIS INDIVIDUAL CAPACITY, ERIC BRESHEARS IN HIS INDIVIDUAL CAPACITY, ANISA McNACK IN HER INDIVIDUAL CAPACITY, YOLANDA JOSEPH IN HER INDIVIDUAL CAPACITY, ANDY ALKIRE IN HIS INDIVIDUAL CAPACITY, MARK MACAULAY IN HIS INDIVIDUAL CAPACITY, and DOES 1-100, inclusive,<br><br>　　　　Defendants. | NO. 12-CV-05671 DMR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS CASE**<br><br>HON. DONNA M. RYU |

　　　The parties, by and through their respective counsels of record, hereby stipulate and agree that this matter shall be dismissed with prejudice pursuant to FRCP 41(a)(1). Each party shall bear his, her or its own attorneys' fees and costs.

Dated:　October 27, 2014　　　　　　　　　LAW OFFICES OF PAMELA Y. PRICE

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Pamela Y. Price_
　　　　　　　　　　　　　　　　　　　　　　　PAMELA Y. PRICE, Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　　MARGARET SO and LANCE LAVERDURE

　　　　　　　　　　　　　　　　　　　　　　　OAKLAND CITY ATTORNEY

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Arlene M. Rosen_
　　　　　　　　　　　　　　　　　　　　　　　ARLENE M. ROSEN, Attorneys for Defendant CITY OF OAKLAND

　　　　　　　　　　　　　　　　　　　　　　　LOW, BALL & LYNCH

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Kevin P. Allen_
　　　　　　　　　　　　　　　　　　　　　　　KEVIN P. ALLEN, Attorneys for Defendant SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT

**ORDER**

The Court, after reviewing and considering the parties' Stipulation and request to dismiss the above-captioned matter with prejudice, and good cause appearing therefore, **IT IS SO ORDERED.** Each party shall bear his, her or its own attorneys' fees and costs.

Dated: October 29, 2014

HON. DONNA M. RYU
UNITED STATES DISTRICT COURT